B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Perpetua, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**43-1782794** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3510 E. Hampton Ave.**<br>**Villa 100**<br>**Mesa, AZ**                     ZIP Code **85204** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Brian L. Shaw**<br>**Shaw Gussis, et al.**<br>**321 N. Clark St., Ste. 800**<br>**Chicago, IL**                     ZIP Code **60654** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>———————————————————<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Perpetua, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Perpetua, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | X _____<br>Signature of Foreign Representative |
| X _____<br>Signature of Joint Debtor | _____<br>Printed Name of Foreign Representative |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Date |
| _____<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **Signature of Attorney\*** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| X *Robert M. Fishman* (signature)<br>Signature of Attorney for Debtor(s) | |
| **Robert M. Fishman 3124316**<br>Printed Name of Attorney for Debtor(s) | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **Shaw Gussis et al**<br>Firm Name<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| Address | |
| **312-541-0151  Fax: 312-980-3888**<br>Telephone Number | |
| **September 14, 2009**<br>Date | _____<br>Address |
| \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | X _____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| X *Randy Sanderson* (signature)<br>Signature of Authorized Individual<br>**Randy Sanderson**<br>Printed Name of Authorized Individual<br>**Chief Financial Officer**<br>Title of Authorized Individual<br>**September 14, 2009**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re    **Perpetua, Inc.** _____ ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Perpetua Holdings of Illinois, Inc.**<br>**Northern District of Illinois** | **Affiliate** | **09/14/09** |
| **Perpetua-Burr Oak Holdings of Illinois, L.L.C.**<br>**Northern District of Illinois** | **Affiliate** | **09/14/09** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Perpetua, Inc.

Debtor(s)

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS*

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AIG PO Box 382014 Pittsburgh, PA 15250 | AIG PO Box 382014 Pittsburgh, PA 16250 | | | 4,905.00 |
| American Express PO Box 0001 Los Angeles, CA 90096 | American Express PO Box 0001 Los Angeles, CA 90096 | | | 668.30 |
| Qwest PO Box 29039 Phoenix, AZ 85038 | Qwest PO Box 29039 Phoenix, AZ 85038 | | | 193.75 |
| CT Corporation PO Box 4349 Carol Stream, IL 60197 | CT Corporation PO Box 4349 Carol Stream, IL 60197 | | | 38.00 |

**\*This list does not include litigation claims**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 14, 2009

Signature  _Randy Sanderson_
Randy Sanderson
Chief Financial Officer

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.* 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

**United States Bankruptcy Court**
Northern District of Illinois

In re   __Perpetus, inc._____          Case No. _____
Debtor(s)                          Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____    **869**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __September 14, 2009_____          _____
**Randy Sanderson/Chief Financial Officer**
Signer/Title

Tonya Adadevoh
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Harold Adams
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603

Paula Taylor Afolabi
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

AIG
PO Box 382014
Pittsburgh, PA 15250

Earl Alexander
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Felicia Hardi Alexander
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Kathleen Alexander
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801

Yolanda Allen
c/o Jessica Bryant, Esq.
3420 S Cottage Grove Ave, # 900
Chicago, IL 60616

Anita Alvarez
Cook County States Attorney
500 Daley Center
Chicago, IL 60602

American Express
PO Box 0001
Los Angeles, CA 90096


Billi Jean Ammons
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Joann Ammons
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Kevin Ammons
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Lee Ammons
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Sherlena Ammons
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Johnny Anderson Jr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Betty Anderson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Paul Anderson
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603

Tonnetta Anderson
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Kimberly Anthony
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rosemary Arnold
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Jana Ball
c/o Grant Eckoff
330 S. Naperville, #408
Wheaton, IL 60187


Banc of America Comm. Finance Corp.
187 Danbury Rd
Wilton, CT 06897


Banc of America Strategic Solutions
187 Danbury Rd
Wilton, CT 06897


Louis Banks
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Mabel Bannister
Lynne P Duffey, Hofeld & Schaffner
30 N LaSalle St, #3120
Chicago, IL 60602


Andrea Barnes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Demetrius Batie
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Lenora Batie
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Elizabeth Batten
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Enchella Battle
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Gregory Baxter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Eugene Bearden
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Shirley Beck
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Danielle Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Darrell Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Debra Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tyrone Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Victoria Bennett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Catherine Billingsley
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Tanya Black
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Terri Blanchard
c/o Barclay, Dixon & Smith, P.C.
30 S. LaSalle St, Ste 900
Chicago, IL 60603


Nadine Bogan
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Treasure Bolden
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Veronica Boles
c/o Whiting Law Group
1 E Wacker Dr, #2300
Chicago, IL 60601


Michael Bonner
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Gertrude Boose
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jakkia Booth
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Deborah Boyd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Eboni Boyd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jacqueline Boyd
Jonathan Walner-Harvey Walner Assoc
33 N LaSalle St, Suite 2700
Chicago, IL 60602


Latasha Boyd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lois Boyd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Betty Brack
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kimberly Bradley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Beatrice Brandon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carolyn Bridget
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Thomas Britt
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Broach
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Beverly T. Broadfoot
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Brenda Brooks
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Shirley Brooks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Antoinette Brown
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Denise Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donald Brown
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Doris Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Eric Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Everda Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Karen Brown
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Linda McCaskle Brown
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Ora Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Sandy Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Saundra Brown
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Sharon Brown
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Shelia Brown
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Tamika Brown
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Teonita Brown
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Windy Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Zeatta J. Brown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Horace Broy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Dennis Buckley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Grace Buckley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Harriet Buckley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Bunch
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Junior Burks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kenneth Burney
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Charles Burton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lewis Burton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Burton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Robert Butler
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sahun Butler
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Teresa Butler
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Yolanda Butler
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tom Butts Jr
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Bobby Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Curtis Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Emogene Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Jeffrey Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602

Jerry Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Linda Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Lorraine Butts
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Selma Buycks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Chequita Byrd Davis
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Arieal Caffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Izora Caffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Mari Caffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Maurice Caffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602

Sharon Caffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Jackie Campbell
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Keisha Douglas Campbell
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Lynette Campbell
c/o George Lang, Freed & Weiss LLC
111 W Washington St, Ste 1331
Chicago, IL 60602


Mae Canady
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Margie Johnson Caner
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Sheila Carpenter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Deborah Chambers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Chambers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Michelle Chambers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Deborah Charles
Jonathan Walner-Harvey Walner Assoc
33 N LaSalle St, Suite 2700
Chicago, IL 60602


Deborah Charles
c/o Arthur S. Gold, Gold & Coulson
11 S LaSalle St, Ste 2402
Chicago, IL 60603


Steven Charles
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sheila Chase
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joyce Cheers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cherie Russ Chester
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dolores Chestnut
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Monica Chestnut
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Victoria Christmas
Yao Dinizulu, Dinizulu Law Group
221 N LaSalle St, Ste 1100
Chicago, IL 60601


Deidre Churchville
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sharon Churchville
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Andrea Clark
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Darlene Clark
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elaine Clark
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Shanique Clark
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vivan Moore Clark
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Christine Clarke
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Denise Clarke
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dinah Clarke
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sondra Clarke
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Albert Clay
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Virginia Clemens
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Agatha Cline
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Thomas Cline
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Myra Cobbins
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Howard Cockrell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Janice Cockrell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jeffrey Cockrell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Plorice Cockrell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cervelvia Coleman
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Shonte Coleman
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Desiree Collins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Geraldine Collins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kim Collins
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Peggy Collins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Yolanda P. Collins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Curtis Colquitt
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Virginia Colquitt
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pamela Hunter Combs
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Carmen Conda
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Ethel Conley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Daniel Cooley
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Yoshida Cooley
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Gladys Jewell Cotton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Willie Cousins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Felicia Craig
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


George Cramer
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


David Cranshaw
c/o Susan E Loggans
33 N LaSalle St, #1710
Chicago, IL 60602


Ira Crawford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Meredith Crenshaw
c/o Susan E Loggans
33 N LaSalle St, #1710
Chicago, IL 60602


Billie Cribbs
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Demetrius Cribbs
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dominique Cribbs
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Dolores Croft
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Corleen Crown
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Annie Crump
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Theresa Cunningham
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kirk Curtis Sr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Amelia Dabner
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carmelita Daniel
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Angela Daniels
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Demetrius Daniels
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Orissa Daniels
Robert Walsh, Clifford Law Office
120 N LaSalle, 31st Floor
Chicago, IL 60602


Andrea Dannard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jamail Dannard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jurtate Dannard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Laverne Dannard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elaine Darko
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Thomas Dart, Sheriff of Cook County
States Attorney, Attn Donna M. Lach
500 Daley Center
Chicago, IL 60602


James Davis III
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jacqueline Davis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Letonia Davis
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Mary Davis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Panita Davis
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Sandra Davis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Toni Davis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Melvin E. Dean
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Savannah Dean
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sue Ellen Defoe
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Linda Dejean
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Darlene Delaney
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Demoss
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Lisa Demoss-Watkins
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Lana Denson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pamela Denson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Daniel Dixon III
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Audry Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Benjamin Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Charlie Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Essie Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


James Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marcel Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Willie B. Dixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Harold Dodson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joanne Donegan
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Virginia Donegan
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


David Dora
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602

Tony Dotton
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Connell Dowdy
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Donell Dowdy
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


James Dowdy
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Yvonne Doyle
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vickie Dunn
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Echols
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Austin Edwards
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tracy Edwards
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Gladys Evans
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tina Taylor Evans
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tiosha Evans
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vera Evans
Cynthia Kisser-Lawrence Hyman Assoc
111 W. Washington, Ste 1625
Chicago, IL 60602


Candis Farrow
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Melanie Faulkner
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Asha Fazier
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Federal Express Corp.- #294054189
PO Box 7221
Pasadena, CA 91109


Jerroucker T Feemster Jr
c/o Robert Johnson, Smith Johnson
112 S. Sangamon St., 3rd Floor
Chicago, IL 60607

Sylvia Fenrick
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Helen Fisher
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Doris Flemister
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Deborah Banks Fluker
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Foley & Lardner
PO Box 240
Jacksonville, FL 32201


Delores Fort
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stanley Foster
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Trina Foster
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Willie Albert Foster
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602

Claude Foules
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dale Foules
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Diane Foules
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ernestine Foules
c/o Krislov & Associates, Ltd
20 N Wacker, Ste 1350
Chicago, IL 60606


Linda Foules
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Eve Fox McNeal
Yao Dinizulu, Dinizulu Law Group
221 N LaSalle St, Ste 1100
Chicago, IL 60601


Calvin Fox
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Louise Foy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Natonia Frank
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Antwain Franklin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Melinda Frazier
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michell Frazier
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nina Frederick
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Daren Freeman
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Yvonne Funches
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Thomas Gary
c/o Law Office of Aron D. Robinson
19 S LaSalle St, #1300
Chicago, IL 60603


Cerita Gatewood
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Ruth Naylor Gbadebo
c/o Argionis & Associates LLC
180 N LaSalle
Chicago, IL 60601

Margaret Gibson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Charles Gilmore
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Claudette Gilmore
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Vivian Gilmore
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Vinston Glover
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jessie Goff
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jason Goings
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Terrie Goings
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marva Golden
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Yvonne Rucker Golden
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Velma Goldman
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Nowayne Goodwin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pamela Goodwin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sharon Goodwin
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Andre Gordon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tory Gordon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cleave Graham
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cora Grandberry
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Robert Grayson
c/o Arthur S. Gold, Gold & Coulson
11 S LaSalle St, Ste 2402
Chicago, IL 60603


Doreen Green
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jennie Green
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pearlie Green
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Marilyn Greene
c/o Daniel Klein, Kurasch & Klein
100 N LaSalle, Suite 2005
Chicago, IL 60602


Sandra Gregg
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Clifton Gregory
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Elva Stewart Grove
c/o Louis Cairo, Goldberg Weisman
One E Wacker Dr, #3800
Chicago, IL 60601


Annette Gurley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Dorothy Hackney
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michael Hale
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


David Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donna D. Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ephraim Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Henrietta Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Hollis Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Johnny Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joycelynn Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Leann Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Louise Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia A. Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Robert Hall
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Doris Hamilton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lillie Hamilton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


John Hammond
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Noel Hammond
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ruby Free Hammond
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Helen Hampton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Levona Hampton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Verna Hampton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carrie Handcox
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Haralson, Miller, Pitt, Feldman &
McAnally, PLC
1 South Church #900
Tucson, AZ 85701


Cherry Hardie
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Denise Hardy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Gladys Hargrave
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Annette Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Bryant Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donna Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Karyn Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Keisha Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Leacher Harris
c/o Argionis & Associates LLC
180 N LaSalle
Chicago, IL 60601


Lillie Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rodney Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sue Harris
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Roosevelt Hawkins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Sonora Anne Haynes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Earl Haywood
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Haywood
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Preston Haywood
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Moneake Heath
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Anquennett Hendricks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Betty Herd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dawn Hernandez
c/o Kreisman Law Offices
55 W Monroe St, #3720
Chicago, IL 60603


Carolyn Heyward
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Chester Hicks
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Herman Hicks
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Yancy Hicks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Raymond Hill
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Golden Hillary
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jacqueline Hillary
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Latrice Hilliard
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


James E. Hines
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joann Hines
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Porcha Hines
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cynthia Hobson
c/o Jeffrey Freidman Law Office
120 S State, Suite 200
Chicago, IL 60603


Essie Hobson
c/o Jeffrey Freidman Law Office
120 S State, Suite 200
Chicago, IL 60603


Regina Holiday
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Arnetta Hollins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tina Hoskins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dmitria Howard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donna Hubbard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Greg Hubbard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Arnellis Hudson
10144 S. Woods St.
Chicago, IL 60620


Patricia Hunter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Terry Hunter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Ellen Hymon
Robert Walsh, Clifford Law Office
120 N LaSalle, 31st Floor
Chicago, IL 60602


Daniel W Hynes
Attorney Generals Office
100 W Randolph, 13-194
Chicago, IL 60601


Bessie Ingram
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Karen Irby
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Anita Jackson
c/o Robert R. Verchota
846 Farm Drive
West Chicago, IL 60185


Betty Jackson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Dennis Jackson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ella Jackson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Judy Minor Jackson
c/o Daniel Kotin, Corboy & Demetrio
33 N Dearborn, 21st Floor
Chicago, IL 60602


Mark Jackson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stephanie Jackson
c/o Samuel L. Evins, Evins & Sklare
20 N Clark St, Ste 1450
Chicago, IL 60602


Tonya Jackson
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Herbert Jacobs III
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Corine Jacobs
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Theresa Jacobs
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602

Branda James
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michelle Jarrett
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Jason Jaymison
2552 W. 81st Street
Chicago, IL 60652


Augustella Jefferson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Florstine Jefferson
c/o Samuel L. Evins, Evins & Sklare
20 N Clark St, Ste 1450
Chicago, IL 60602


Darlene Jenkins
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Samuel Jennings II
c/o Law Office of Aron D. Robinson
19 S LaSalle St, #1300
Chicago, IL 60603


Derek Jennings
c/o Law Office of Aron D. Robinson
19 S LaSalle St, #1300
Chicago, IL 60603


Marilyn Jernigan
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604

Delores Jett
12103 S. Indiana, Apt. 3
Chicago, IL 60628


Antoinette M. Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Aretha Johnson
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Charles R. Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Conrad Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cynthia Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Denise Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Doress Johnson
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Doris Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Ingemar Johnson
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


John Earl Johnson
c/o Robert R. Verchota
846 Farm Drive
West Chicago, IL 60185


Laurel Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lawrencia Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lionel Johnson
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Marian Hampton Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michael Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mildred Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nelleda Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Norma Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Odell Johnson
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Otis Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Perry Johnson
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Ralph Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ronald Johnson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stephanie Johnson
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Thomas Johnson
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Anna Jones
c/o Smolin Blum & Brandwein
20 S Clark, #410
Chicago, IL 60603

Barbara Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Brittany Jones
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Darryl Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


David Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Debra Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Derrick Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Edward L. Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Edward Lee Jones
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Harold Jones
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432

Hattie Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Juanita Jones
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Khadya Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Larry Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Jones
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Mary Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rayfield Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ricky Jones
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Robert Jones
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801

Roshanda Washington Jones
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Sharon Jones
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616


Vanessa Jones
c/o Tom Leahy, Leahy & Hoste
321 N Clark St, Suite 2222
Chicago, IL 60654


Willie Jones
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vivian Poole Jordan
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Estelle Keeter
c/o Sean Murray, Anesi Ozmon Rodin
161 N Clark St, Suite 2100
Chicago, IL 60601


Joseph Keeter
c/o Sean Murray, Anesi Ozmon Rodin
161 N Clark St, Suite 2100
Chicago, IL 60601


Marilyn Keeter
c/o Sean Murray, Anesi Ozmon Rodin
161 N Clark St, Suite 2100
Chicago, IL 60601


Katherine Keith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Rondan Keith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Chanel Kelley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joanne Kelley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Gwendolyn Kemp
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Werner Kemp
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tonette Kendricks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kevin W. Doherty
Doherty & Progar LLC
200 W. Adams St., Ste. 2220
Chicago, IL 60606


Katherine Kimble
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sharon Kimbrough
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653

Brenda King
c/o Kulwin Masciopinto & Kulwin
161 N Clark St, Suite 2500
Chicago, IL 60601


Dionne King
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Earnest Kinnie
c/o Law Office of Aron D. Robinson
19 S LaSalle St, #1300
Chicago, IL 60603


Courtney Kirksy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joshua Kirksy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Kirksy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marsh Kirksy
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Saydrick Kirsky
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Lee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Casandra Lee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Charles Levy
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Ronald Lewis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vernita Lewis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Delores Lindsey
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Diana Lipscomb
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Elaine Lite-Jones
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Carol Lites
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Lamarsha Little
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653

Leona Little
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Kourtnae D. London
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Doreska Long
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Herbert Long
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lee W Long
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Odell Long
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Beverly Longmire
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Samuel Lowe
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vera Loyd
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Imarisha Lumpkins
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Rita Lundin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lucille Lyles
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Laura Lymon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lisa Madigan
Attorney Generals Office
100 W Randolph, 13-194
Chicago, IL 60601


Alvia Madison
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tonya Mahomes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kevin Majors
c/o Arthur Loevy, Loevy & Loevy
312 N May, #100
Chicago, IL 60607


Vera Malone
Cynthia Kisser-Lawrence Hyman Assoc
111 W. Washington, Ste 1625
Chicago, IL 60602

Verone Malone
Cynthia Kisser-Lawrence Hyman Assoc
111 W. Washington, Ste 1625
Chicago, IL 60602


Helen Marrissette
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Homer Carl Marsh Jr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Williem Martin Jr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Geraldin Martin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Irene Martin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Slonnia Martin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sonya Martin
c/o Robert Orman & Assocs.
1 N LaSalle St, #1775
Chicago, IL 60602


Zeola Martin
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602

Rita Maryland
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nervine May
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stephanie McAllum
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Edward McBride
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elizabeth McCondichie
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Brian McCullough
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Raquel McCullough
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara McDonald
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jeannette McDonald
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Wanda McDonald
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Eunice McElroy
Robert Walsh, Clifford Law Office
120 N LaSalle, 31st Floor
Chicago, IL 60602


Misty McElwee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nicholas McElwee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia McElwee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sandy McElwee
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Angela McFarland
c/o Gregory L Leiter PC
63 W Jefferson St, #2
Joliet, IL 60432


Sandra McGee
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Stephanie McKeiver
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Gertrude McKinney
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ocie Means Jr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ocie L. Means Jr.
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Christine Meeks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


James Melton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mildred Melton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Toni Shirelle Middleton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lamika Miller
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Willie Miller
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Alm Minefee
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Kathleen Minor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Albert Mitchell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Chiquita Mitchell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Christina Mitchell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Darnell Mitchell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Octavia Mitchell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Brandon Mobley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Mobley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Carolyn Moore
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Chantal Jones Moore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ella Moore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jerry Moore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lucy Moore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pamela Moore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rosemary Morgan
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Mary Moses
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Vera Moses
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jamillah Muhammad
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Gail Murchison
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Pearlie Murphy
c/o Steven J Plotkin
2324 Park Place
Evanston, IL 60201


Archie Myers Jr.
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Earline Myles
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Melvin Myles
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Parrish Myles
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Nelson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Denise Nelson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Kanisha Nelson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Nelson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Yvonne Nelson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Julius Neveles
c/o Kreisman Law Offices
55 W Monroe St, #3720
Chicago, IL 60603


Umekia Newbern
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


LeeAnn Nixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tracy Nixon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stanford Norise
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Norris Killingsworth
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Rhonda O'Connor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Willie Ray Odell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Claudette Ogletree
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Betina Jackson Ohara
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donald Oliver
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Ella Orange
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Viella Outland
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Quincy Parker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lorraine Parramore
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

```
Willie Ora Parrott
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Brandon Patrick
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Emma Payne
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Richard D. Payton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Terricky Pender
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rosie Pennington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


People of the State of Illinois
c/o Greg Grzeskiewicz, AAG
100 W Randolph, 12th Fl
Chicago, IL 60601


People of the State of Illinois ex rel.
c/o Diane Moshman, A.A.G.
100 W Randolph, 12th Fl
IL 60601


Antoinette Perkins
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653
```

Charlette Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donna Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jeraldine Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jerome Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Keenan Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kim Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Loretta Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sean Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Terrence Pettiford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Thomasina Phelan
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Darrell Phillips
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Phipps
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mercedes Pilcher
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lewanne Pinckey
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Miclell Pinkson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Bonnie Pleasant
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Karen Plunckett
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorlene Poe
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Karen Ponder
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joni Poole
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tiffany Poole
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cory Porter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ernest Porter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Kimberly Porter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Teresa Portis
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lee Powell Jr.
c/o Ken Battle, Gardiner Koch
53 W Jackson St, Ste 950
Chicago, IL 60604


Power Equities, Inc.
2435 N Central Exxpressway
Richardson, TX 75080

Power Equities, Inc.
2435 N. Central Expressway
Suite 200
Richardson, TX 75080


Power Equities, Inc. - Mgmnt
2436 N Central Expressway
Richardson, TX 75080


Beverly Preston
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Comer Preston
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Alan Price
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Betty Price
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Brenda Price
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elizabeth Pryor
Yao Dinizulu, Dinizulu Law Group
221 N LaSalle St, Ste 1100
Chicago, IL 60601


Quteasha Purnell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Sheila Purnell
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia Quinn
Charles Tannen, Karlin & Fleisher
111 W Washington St
Chicago, IL 60602


Qwest
PO Box 29039
Phoenix, AZ 85038


Dorothy Radford
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Shareesh Raffey
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Harrison Randel
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Casey Ransom
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Olivia Ransom
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Denise Ratliff
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Sharlene Ray
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Levi Redd
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Rosie Redmon
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Karen Redmond
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Henry Reed
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marian Reed
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Reed
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Erma Reggley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Reid
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Renita Reynolds
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Rhodes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rober Rhodes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dwilla Rice
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Angela Richard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carl Richardson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Richardson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lionel Richardson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marie Richardson
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653

Martin Richardson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tenaya Richardson
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


James Riley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michael Risper
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lee Roach
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Donna Roberson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sylvia Roberson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jay W. Roberts
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Monte Roberts
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Arnella Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Candie Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Chequita Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jack Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jaunita Robinson
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Mary Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stanley Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Thomas Robinson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Pamela Roby
c/o Tiffany Hardy, Edelman Combs
120 S LaSalle St, 18th Floor
Chicago, IL 60603

Latonda Rocha
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Catherine Rogers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Rogers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Davida Rooks
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Claudette Roper
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ruthie Mae Roper
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Willa Rose
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


J D Ross
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jose Ross
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602

Marvella Ross
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Theresa Ross
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carrietta Rothschild-Jackson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sabian Rowan
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Schikora Rucker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Desolein Russ
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Louise Russ
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ryan P. Stewart, Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998


Bobbi Sanders
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603

Elaine Sanders
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Carl Sanford
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Cheryl Sanford
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Craig Sanford
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Karen Sanford
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Kevin Sanford
c/o Mamie Alexander, McCain Webb
2600 S Michigan Ave, #210
Chicago, IL 60616

Cecilia Scott
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801

Nettie Scott
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Nicole Scott
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Martha Jean Seaton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


SEC Demand N/P Int.
3430 E Sunrise Drive #160
Tucson, AZ 85718


Rosemary Shaffer
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lassandra Ross Shipp
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


David Short
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Earline Short
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elana Short
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michael Short
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Cheryl Simpson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Pamela Sims
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Clato Smalling
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Alma Smith Craig
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Alicia Pelt Smith
c/o Cochran, Cherry Givens Smith
1 N LaSalle St, #2450
Chicago, IL 60602


Bonnie Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dauna Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Derrick Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Diane Smith
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Donald Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Elena Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jill Diane Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lachon Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Larry J. Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda J. Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Odessa Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patria Smith
c/o Kreisman Law Offices
55 W Monroe St, #3720
Chicago, IL 60603


Paulette Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Russell Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Sylvia Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tanisha Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tanya Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Thelma Smith
c/o Barclay, Dixon & Smith, P.C.
30 S. LaSalle St, Ste 900
Chicago, IL 60603


Thomas Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vivian Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marilyn Smothers
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Torrence Sommerlin
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Deborah Spain
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jean Spain
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Billie Anne Spencer
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ruth Stafford
c/o Brian J. McManus
30 N LaSalle St, #2126
Chicago, IL 60602


Ruth Stafford
c/o Zachary K. Sims
2400 Ravine Way, #200
Glenview, IL 60025


Christopher Stanciel
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


D. Anna Stapleton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Enoch Stapleton
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Yvonne Staufenbiel
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Steele
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Hermana Steels
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Robert Stepney
c/o Kreisman Law Offices
55 W Monroe St, #3720
Chicago, IL 60603


Terry Stevenson Smith
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Angela Stokes
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Edward Strickland
c/o Arthur Loevy, Loevy & Loevy
312 N May, #100
Chicago, IL 60607


Thomas Strong
c/o Krislov & Associates, Ltd
20 N Wacker, Ste 1350
Chicago, IL 60606


Cynthia Stutts
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dwayne Stutts
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Venus Stutts
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Venus Stutts
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Elsie Sumpter
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Susan M. Horner
Burke, Warren, MacKay & Serritella
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611-3607


Latricia Swain
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Jeaninne Butler Systema
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Beatric Szaffaniec
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jean Tate
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Angela Taylor
c/o Krislov & Associates, Ltd
20 N Wacker, Ste 1350
Chicago, IL 60606


Fran Taylor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Gidget M. Taylor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ines W Taylor
c/o Brian J. McManus
30 N LaSalle St, #2126
Chicago, IL 60602


Ines W Taylor
c/o Zachary K. Sims
2400 Ravine Way, #200
Glenview, IL 60025


John Jr Taylor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Loretta Taylor
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lytandris Taylor
c/o Brian J. McManus
30 N LaSalle St, #2126
Chicago, IL 60602


Lytandris Taylor
c/o Zachary K. Sims
2400 Ravine Way, #200
Glenview, IL 60025


Janice Teague
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


TEG Quarterly Management Fees
3430 E. Sunrise Drive #160
Tucson, AZ 85718

Vallie Tenard
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


James Thames
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Christine Thomas
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Gloria Thomas
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


James Thomas
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Melody Thomas
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


William Thomas
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Thompson Coburn LLP
PO Box 18739M
Saint Louis, MO 63195


Carolyn Thompson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Darrell Thornton Sr
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Delbert Tibbs
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jacquez Tillman
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia Tolliver
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Tousant
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lisa Tousant
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Shawana Townsend
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tracy Townsend
c/o Kulwin Masciopinto & Kulwin
161 N Clark St, Suite 2500
Chicago, IL 60601


Cholrine Treadwell
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602

Rita Triplett
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Della Turman
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Tomaroa Turman
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Daryl Turner
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sheila Turner
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


April Tylon
c/o Jeffrey Freidman Law Office
120 S State, Suite 200
Chicago, IL 60603


Evelyn Tylon
c/o Jeffrey Freidman Law Office
120 S State, Suite 200
Chicago, IL 60603


Anne Marie Usher
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Margurite Wade
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Shirley Waheed
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


Annie Walker
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Armstrong Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Frank Walker
c/o Krislov & Associates, Ltd
20 N Wacker, Ste 1350
Chicago, IL 60606


Karen Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mary Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nathaniel Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Priscilla Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Reva Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Stephanie Walker
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Annie Waller
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sharon Ward
c/o Samuel L. Evins, Evins & Sklare
20 N Clark St, Ste 1450
Chicago, IL 60602


Robin Wardlow
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Minnie Warren
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Rosa Wash
c/o Whiting Law Group
1 E Wacker Dr, #2300
Chicago, IL 60601


Annette Washington
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801


Clifford Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Janell Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jarvis Washington
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Jeremy Washington
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Kamishe Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nikisha Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rebecca Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Renia Washington
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Shantisha Washington
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Silvia Waters
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Floyd Watkins
c/o Kristine M Tuttle
820 E Noleman
Centralia, IL 62801

Wallace Weaver
c/o Gary D. McCallister & Assocs
120 N LaSalle, #2800
Chicago, IL 60602


Joe Weels
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Henrietta Weitz
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Rachel Dowdy Wetzel
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Robbie Wheatley
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Faginia White
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Raymond White
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Rickey White
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Maudell Whitehead
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Tisa Whitehorn
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jimmie Whitelow
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Patricia Whittsey
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lillie Wiggins
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Andre Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Barbara Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Beverly Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Camille Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Carla Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Charlene Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Charlotte Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Clarine Williams
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Darlene Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Estelle Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Fannie Williams
c/o Marvin W Gray
405 E Oakwood, Ste 2L
Chicago, IL 60653


George Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Gloria Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jaqueline Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Linda Williams
c/o Samuel L. Evins, Evins & Sklare
20 N Clark St, Ste 1450
Chicago, IL 60602


Linda Ross Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marilyn Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Mattie Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Michelle Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Nakita Williams
Deidre Baumann, Baumann & Shuldiner
20 S Clark, Suite 500
Chicago, IL 60603


Phyllis Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Robin Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Stanley Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stefan Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Stevenson Williams
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Allen Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Diane Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Lauren Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marvella Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Melissa Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Michelle Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Robert Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Sandra Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Tara Wilson
c/o Alfred S. Vano, Santilli & Vano
111 W Washington St, Ste 1240
Chicago, IL 60602


Tony Wilson
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


June Winesberry
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Ronald Winesberry
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Marion Winn
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Latora Wofford
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Jacquielynne Woodruff
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Jean Woodruff
Yao Dinizulu, Dinizulu Law Group
221 N LaSalle St, Ste 1100
Chicago, IL 60601


Arnold Woods
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Latonia Woods
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Robin Woods
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Dorothy Wright
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Vertie Marie Wright
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Charlene Wyatt
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Joanna Wynn
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602

Alvin Young
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Elizabeth Young
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Loretha Young
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Theodore Young
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602


Viola Young
c/o Larry R. Rogers, Power Rogers
70 W Madison, 55th Floor
Chicago, IL 60602